UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER CARRINGTON WHITE,<br>Defendant. | 24-CR-300 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

It is hereby ORDERED that the parties appear for an initial conference with the Court on May 23, 2024, at 3:00 p.m., in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: May 16, 2024
New York, New York

_____
DALE E. HO
United States District Judge