# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

Jennifer L. Brown
*Attorney-in-Charge*

July 1, 2024

**BY ECF**

Hon. Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Christopher White**
       **24 Cr. 300 (DEH)**

Dear Judge Ho:

I write to respectfully request an adjournment of the status conference in the above-captioned matter, currently scheduled for July 12, 2024; defense counsel will be out of the office that day. The government does not object to this request. The parties are available for a conference on: July 16 in the afternoon, July 18, July 23, July 24, and July 25 before 11:00 am.

The government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act to allow Mr. White to continue reviewing discovery and the parties to discuss a potential pretrial resolution of this case. *See* 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Christopher White*

cc:    Counsel of record

---

Application GRANTED. The status conference previously scheduled for July 12, 2024 is adjourned until **July 18, 2024, at 3:00 p.m.** The Court hereby excludes time through July 18, 2024 under the Speedy Trial Act, 18 USC 3161(h)(7)(A). The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial, because it will permit time for the defendant to continue reviewing discovery and for the parties to discus a potential pretrial resolution of this case. The Clerk of Court is respectfully requested to terminate EFC No. 17.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: July 1, 2024
New York, New York