# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 15, 2024

**BY ECF**

Hon. Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application **GRANTED IN PART.** Defendant's request for a temporary modification to permit travel on Saturday, August 17th, so that he may attend his nephew's birthday party in Pennsylvania at an address to be provided to Pretrial Services, is **GRANTED.** Decision on the request for elimination of the curfew condition is **RESERVED**. The Government shall file a letter in response to defendant's request by August 22, 2024.

**SO ORDERED.**

Re:   **United States v. Christopher White**
      **24 Cr. 300 (DEH)**

*[signature]*

Dale E. Ho
United States District Judge
Dated: August 15, 2024
New York, New York

Dear Judge Ho:

I write, as counsel to Christopher White in the above-captioned matter, to respectfully request a temporary modification of Mr. White's bail conditions to allow him to attend his four-year-old nephew's birthday party in Pennsylvania on Saturday, August 17 at an address to be provided to Pretrial Services. Pretrial Services consents to this request; the government does not object to this request. In addition, Mr. White requests—and Pretrial consents—to removal of the bail condition imposing a curfew enforced by electronic monitoring. The government opposes this request.

Mr. White was originally charged in Bronx state court on May 19, 2023. He was then charged in federal court for the same conduct on September 21, 2023; the state case was not dismissed. Following a contested detention hearing in federal court, the following conditions were set:

> $25,000 personal recognizance bond to be co-signed by one financially responsible person and one individual with moral suasion over Mr. White (specifically, Delilah Santos, his girlfriend); compliance with Pretrial Services supervision as directed; curfew set at the discretion of Pretrial Services; electronic monitoring technology as directed by Pretrial Services; no possession of any firearm, destructive device, or other weapons; surrender all travel documents with no new applications; travel restricted to the Southern District of New York, the Eastern District of New York, the District of New Jersey, and for court purposes only, the Eastern District of PA.

Mr. White was to be released on his own signature and the signature of Delilah Santos, with the remaining conditions to be met by October 5, 2023.

On November 2, 2023, the government withdrew Mr. White's case from the grand jury and dismissed the federal complaint without prejudice. On May 14, 2024, he was rearrested after a federal grand jury returned an indictment. Mr. White was presented in Magistrate Court and released on the same conditions that had been previously set in federal court.

For the year between Mr. White's arrest for the underlying incident in state court and the federal indictment, Mr. White remained in the community with no new arrests and no indication that he posed a danger to the community. During this time, Mr. White continued to appear for each of his state court dates, as confirmed by his Legal Aid lawyer. Since June, Mr. White has been employed through a staffing agency moving furniture and doing janitorial work. He has appeared for his federal status conferences, each time with his girlfriend, who co-signed his bond. As Pretrial Services Officer Marlon Ovalles notes, Mr. White has remained in consistent compliance with the conditions of his release; the curfew condition is unnecessary to ensure his continued appearance in court and the safety of the community.

Accordingly, with Pretrial's consent, Mr. White respectfully requests removal of the bail condition imposing a curfew enforced by electronic monitoring. Separately, again with Pretrial's consent, Mr. White requests a temporary bail modification to travel to Pennsylvania on August 17 to celebrate his young nephew's birthday with his family. The government does not object to the temporary bail modification.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Christopher White*

cc:      Counsel of record