UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER CARRINGTON WHITE,<br>                                Defendant. | 24-CR-300 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

ORDERED that defendant's supervised release is revoked and he is remanded to the custody of the United States Marshal's Service.

SO ORDERED.

Dated: August 6, 2025
       New York, New York

                                              _____
                                                      DALE E. HO
                                              United States District Judge

1