# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

October 1, 2025

**BY ECF**

Hon. Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

The Court is in receipt of the endorsed letter. The parties shall submit a joint status letter by or before **October 10, 2025**. The Clerk of Court is respectfully directed to close ECF No 76. **SO ORDERED.**

Dated: October 2, 2025
New York, New York

Dale E. Ho
United States District Judge

Re: **United States v. Christopher White**
**24 Cr. 300 (DEH)**

Dear Judge Ho:

The parties write jointly pursuant to the Court's September 24 order to provide a status update concerning cystic fibrosis screening for Christopher White. ECF No. 75.

On September 19, the government advised that if the defense had a cystic fibrosis screening test kit sent to the MDC, jail personnel would administer the test. Defense counsel then spoke with Mr. White's partner's medical provider about whether they could send such a kit to the MDC. The test kit manufacturer the medical office uses, Myriad Genetics, sent forms to request a test kit but noted that the kit could not be sent directly to the jail. Defense counsel conferred with the MDC Legal Department, which said that if the defense received the kit directly, the MDC would allow defense counsel to coordinate a time to bring the kit to the MDC, along with return postage addressed directly to the laboratory.

Defense counsel filled out and faxed the cystic fibrosis screening test kit request forms to the manufacturer, providing the Federal Defenders' mailing address and FedEx account number. The defense is still awaiting the test kit.[1]

---

[1] Out of concern that Mr. White may be transferred to his designated facility before the defense receives the cystic fibrosis screening test kit, earlier today, defense counsel asked the MDC Legal Department if Mr. White may be held at MDC Brooklyn until he is screened; they have not yet responded.

Accordingly, we respectfully request that the Court continue to hold Mr. White's motion in abeyance until the defense receives the cystic fibrosis testing kit. We will promptly update the Court.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Christopher White*

cc: Benjamin Burkett, Assistant U.S. Attorney