**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 10, 2025

**BY ECF**

Hon. Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> The Court is in receipt of the endorsed letter. The parties shall file a status letter on or before **October 31, 2025**. The Clerk of Court is respectfully directed to close ECF No. 78. **SO ORDERED.**
>
> Dated: October 14, 2025      Dale E. Ho
> New York, New York     United States District Court

Re: **United States v. Christopher White**
     **24 Cr. 300 (DEH)**

Dear Judge Ho:

    The parties write jointly pursuant to the Court's October 2 order to provide a status update concerning cystic fibrosis screening for Christopher White. ECF No. 77.

    Last week, the defense requested a cystic fibrosis screening test kit from a genetic screening manufacturer, Myriad Genetics. ECF. No. 76. Defense counsel has since called and emailed a representative from the company multiple times to follow up on its request. To date, the defense has not received the testing kit.

    Defense counsel will continue to follow up with the manufacturer over the next week. As soon as the defense receives the test kit, it will deliver the kit to the MDC.

    Accordingly, we respectfully request that the Court continue to hold Mr. White's motion in abeyance while the defense continues to make efforts to secure the cystic fibrosis testing kit. We will promptly update the Court.

Thank you for your consideration of this matter.

                                                  Respectfully submitted,

                                                                    /s/

                                                Marne L. Lenox, Esq.

                                                *Counsel for Christopher White*

cc:      Benjamin Burkett, Assistant U.S. Attorney