# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

Southern District
*Jennifer L. Brown*
Attorney-in-Charge

October 31, 2025

**BY ECF**

Hon. Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> The Court is in receipt of the parties' joint status letter. Defendant's motion for a medical order is **DISMISSED AS MOOT**. The Clerk of Court is respectfully directed to close ECF No. 70. **SO ORDERED.**
>
> Dated: November 3, 2025
> New York, New York
>
> Dale E. Ho
> United States District Judge

Re: **United States v. Christopher White**
    24 Cr. 300 (DEH)

Dear Judge Ho:

The parties write jointly pursuant to the Court's October 14 order to provide a status update concerning cystic fibrosis screening for Christopher White. ECF No. 79.

On Monday, October 20, defense counsel delivered a cystic fibrosis screening test kit to the MDC Legal Department. That day, the MDC administered the test on Mr. White and sent the sample to the laboratory for testing. FedEx confirmed delivery on October 22.

Accordingly, the defense motion is now moot. The parties thank the Court for its consideration of this matter.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Christopher White*

cc:   Benjamin Burkett, Assistant U.S. Attorney